UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

International Union, Security,
Police and Fire Professionals of
America (SPFPA),

                              Plaintiff(s),

v.                                      Case No. 2:13−cv−11734−NGE−DRG
                                            Hon. Nancy G. Edmunds

Steven Angelo Maritas,

                              Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

       Motion to Reopen Case − #122

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Nancy G. Edmunds *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

Motion will be decided by the briefs unless otherwise ordered by the Court.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Bartlett
                                                          Case Manager

Dated:   July 12, 2021