# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, SECURITY POLICE AND FIRE PROFESSIONALS OF AMERICA (SPFPA), | Case No.: 13-cv-11734 |
| Plaintiff, | Case No. 14-cv-11484 |
| v. | |
| STEVE ANGELO MARITAS | Hon. Nancy G. Edmunds |
| Defendant. | Hon. David R. Grand |

## NOTICE OF WITHDRAWAL OF SPFPA'S MOTION TO REOPEN CLOSED CASE AND FOR SANCTIONS AGAINST MARITAS FOR VIOLATING ORDER AND SETTLEMENT AGREEMENT

Please take notice that Plaintiff SPFPA hereby withdraws, without prejudice, its Motion to Reopen Closed Case and for Sanctions Against Maritas for Violating Order and Settlement Agreement ("Motion"). ECF No. 122.

| | |
|---|---|
| Date: September 10, 2021 | Respectfully submitted, |
| | By: */s/ Rodger D. Young* |
| | Rodger D. Young (P22652) |
| | Joshua D. Apel (P79206) |
| | **YOUNG & ASSOCIATES** |
| | Co-Counsel for Plaintiff |
| | 27725 Stansbury Blvd., Suite 125 |
| | Farmington Hills, MI 48334 |
| | Tel: (248) 353-8620 |
| | Email: efiling@youngpc.com |
| | |
| | Scott A. Brooks (P35773) |
| | **GREGORY, MOORE, BROOKS & CLARK, P.C.** |
| | Co-Counsel for Plaintiff |
| | 28 W. Adams Avenue, Suite 300 |
| | Detroit, MI 48336 |
| | Tel: (313) 965-5600 |
| | Email: scott@unionlaw.net |

## **CERTFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record, including counsel for Plaintiff.

>Respectfully submitted,
>
>By: /s/ *Rodger D. Young*
>Rodger D. Young (P22652)
>Joshua Apel (P79206)
>**YOUNG & ASSOCIATES**
>Co-counsel for Plaintiff
>27725 Stansbury Blvd., Suite 125
>Farmington Hills, MI 4833
>Tel: (248) 353-8620
>Email: efiling@youngpc.com